## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | | |
|---|---|---|
| NGHIA DAI NGUYEN, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | CASE NO. 7:18-CV-92-HL-MSH |
| | : | 28 U.S.C. § 2241 |
| IMMIGRATION AND CUSTOMS ENFORCEMENT, | : | |
| | : | |
| Respondent. | : | |

_____

### ORDER TO ANSWER

On June 20, 2018, the Court received Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) and the $5.00 filing fee. Pursuant to the memorandum of understanding with the United States Attorney for the Middle District of Georgia, a copy of the petition and a copy of this Order shall be automatically served on the United States Attorney and Respondent electronically through CM/ECF. Respondent shall file an answer, motion, or other responsive pleading within sixty (60) days of the date of this Order. Petitioner may file a reply to Respondent's responsive pleading within thirty (30) days of the date of filing. Petitioner is notified that a failure to keep the Court apprised of any change of address may result in a dismissal for failure to prosecute this action.

SO ORDERED, this 20th day of June, 2018.

/s/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE