## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

**NGHIA DAI NGUYEN**,

      Petitioner,

v.

**IMMIGRATION AND CUSTOMS ENFORCEMENT,**

      Respondent.

Civil Action No. 7:18-CV-92 (HL)
28 U.S.C. § 2241

## ORDER

This case is before the Court on a Recommendation (Doc. 10) from United States Magistrate Judge Stephen Hyles. Petitioner filed a petition for habeas relief pursuant to 28 U.S.C. § 2241, arguing that he should be released from ICE custody. (Doc. 1). Petitioner was released on supervised release on August 15, 2018, rendering his petition moot. (Doc. 7-1). The Magistrate Judge accordingly recommends granting Respondent's Motion to Dismiss (Doc. 7) and dismissing this case as moot.

Petitioner filed no objections to the Recommendation. The Recommendation is accepted and adopted. The Court grant's Respondent's Motion to Dismiss and dismisses this case without prejudice.

**SO ORDERED**, this the 19th day of October, 2018.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

aks